Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

#### Phoenix Division

| | | |
|---|---|---|
| | ☒ FILED        LODGED | |
| | ___ RECEIVED    ___ COPY | |
| | APR 1 5 2024 | |
| | CLERK U S DISTRICT COURT | |
| | DISTRICT OF ARIZONA | |
| | BY _____ DEPUTY | |

Dennis Huffington )

)

)

)

*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )

)

Maricopa County Regional School District 509 )
County School Superintendent Steve Watson )
Laurie King )
Michael Stewart )

*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No.   CV-24-00844-PHX-JFM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dennis Huffington |
| Street Address | 5345 East Van Buren St Unit 178 |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85008 |
| Telephone Number | 314-363-8412 |
| E-mail Address | dennishuffington@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Maricopa County Regional School District 509 |
| Job or Title (if known) | |
| Street Address | 800 W Adams St |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85007 |
| Telephone Number | 602-452-4700 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Steve Watson |
| Job or Title (if known) | Maricopa County School Superintendent |
| Street Address | 4041 N. Central Ave., Suite 1100 |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85012 |
| Telephone Number | 602-506-3866 |
| E-mail Address (if known) | superintendent@maricopa.gov; watson@mcrsd.org |

Defendant No. 3

| | |
|---|---|
| Name | Laurie King |
| Job or Title (if known) | Deputy Superintendent |
| Street Address | 4041 N. Central Ave., Suite 1100 |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85012 |
| Telephone Number | 602-689-0581 |
| E-mail Address (if known) | laurie.king@maricopa.gov; laurie.king@mcrsd.org |

Defendant No. 4

| | |
|---|---|
| Name | Michael Stewart |
| Job or Title (if known) | Assistant Superintendent |
| Street Address | 4041 N. Central Ave., Suite 1100 |
| City and County | Phoenix, Maricopa |
| State and Zip Code | AZ 85012 |
| Telephone Number | 623-764-7104 |
| E-mail Address (if known) | michael.stewart@mcrsd.org |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 12101, 29 U.S. Code § 2601

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

  a.    If the plaintiff is an individual

  The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

  b.    If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

  _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

  a.    If the defendant is an individual

  The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Maricopa County Regional School District Delayed response to a request for reasonable accommodations under ADA

2. Maricopa County Regional School District Altered policy in response to request for accommodations under ADA

3. Maricopa County Regional School District 509 reassigned me to a lesser position without accommodations in violation of 29 U.S. Code § 2601,

4. Maricopa County Regional School District 509 retaliated for my opposition to discriminatory practices. 29 U.S. Code § 2601

5. Maricopa County Regional School District 509 declined to rectify the ADA. 29 U.S. Code § 2601, violations and retaliation resulting in an extended leave without pay.

6. Maricopa County Regional School District 509 employee declines to give a professional reference verifying my employment to prospective employers,

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Front pay of $65,300 for 2023-2024 contract lost due to constructive discharge due to employer conduct through violations of 42 U.S. Code § 12101, 29 U.S. Code § 2601

Back Pay of $44,034 for 2022-2023 contract lost due to violations of 42 U.S. Code § 12101, 29 U.S. Code § 2601

Refusal to provide references has undermined credibility with prospective employers in job search, limiting opportunities for future employment.

Relief for injuries is requested in the amount of $109,334

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4-15-24

Signature of Plaintiff

Printed Name of Plaintiff     Dennis Huffington

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5